# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wanslee, Madeleine C. | U.S. Bankruptcy Court - District of Arizona | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

US Bankruptcy Court Arizona
230 North First Ave.
Phoenix AZ 85003-1727

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed (Bankruptcy Trustee) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Board of Certification | April 11-14, 2019 | Washington, DC | Panelist | Transportation, meals, lodging |
| 2. | ABI Southwest Bankruptcy Conference | September 5-7, 2019 | Las Vegas, NV | Panelist | Transportation, meals, lodging |
| 3. | NCBJ | October 28-November 2, 2019 | Washington, DC | Conference | Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Harris Bank (cash) | A | Interest | M | T | | | | | |
| 3. First Credit Union (cash) | A | Interest | J | T | | | | | |
| 4. Southwest Gas (SWX) | C | Dividend | M | T | | | | | |
| 5. Rental Property #1, Phoenix, AZ | E | Rent | O | W | | | | | |
| 6. Rental Property #2, Phoenix, AZ | D | Rent | M | W | | | | | |
| 7. NANA Reigonal Corporation, Inc. | B | Int./Div. | J | T | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. Commonwealth Financial Bank Deposit Sweep Program (cash) | A | Interest | K | T | | | | | |
| 10. Vanguard Balanced Index Admiral Discretion (VBIAX) | C | Dividend | N | T | Buy | 01/11/19 | K | | |
| 11. | | | | | Buy (add'l) | 09/23/19 | N | | |
| 12. Vanguard Short Term Bond Index (VBIRX) | B | Dividend | L | T | | | | | |
| 13. Vanguard Total Bond Index (VBTLX) | B | Dividend | L | T | | | | | |
| 14. Vanguard Total Int. Bond Index (VTABX) | B | Dividend | K | T | | | | | |
| 15. i Shares Russell Mid Growth (IWP) | A | Dividend | L | T | | | | | |
| 16. i Shares Russell Mid Cap Value (IWS) | B | Dividend | L | T | | | | | |
| 17. i Shares Russell Growth 1000 (IWF) | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. i Shares Russell Value 1000 (IWD) | D | Dividend | N | T | | | | | |
| 19. Vanguard Real Estate ETF (VNQ) | B | Dividend | K | T | | | | | |
| 20. i Shares Russel 2000 Growth (IWO) | A | Dividend | | | Sold | 09/24/19 | L | | |
| 21. I Shares Russell 2000 Value (IWN) | A | Dividend | | | Sold | 09/24/19 | K | | |
| 22. Vanguard Dev. Markets (VEA) | D | Dividend | | | Sold | 09/24/19 | M | | |
| 23. Vanguard All World US Small Cap (VSS) | A | Dividend | | | Sold | 09/24/19 | K | | |
| 24. Pimco High Yield Corp Bond (HYS) | A | Dividend | | | Sold | 01/14/19 | K | | |
| 25. IRA #2 (H) | | | | | | | | | |
| 26. AT&T (T) | A | Dividend | J | T | | | | | |
| 27. American Balanced Class A (ABALX) | A | Dividend | K | T | Buy<br>(add'l) | 09/23/19 | K | | |
| 28. AF Growth Fund of America (AGTHX) | B | Dividend | K | T | | | | | |
| 29. Columbia Large Cap Growth Fd III A (NFEAX) | C | Dividend | K | T | | | | | |
| 30. Fidelity Mid Cap II Cl A (FIIAX) | A | Dividend | K | T | | | | | |
| 31. Fidelity Mid Cap (FMPAX) | A | Dividend | K | T | Sold<br>(part) | 12/10/19 | J | | |
| 32. Fidelity New Insight (FNIAX) | B | Dividend | K | T | | | | | |
| 33. Invesco Equity and Income Fund Cl A (ACEIX) | A | Dividend | K | T | Buy | 09/23/19 | K | | |
| 34. Vanguard Balanced Index Admiral (VBIAX) | A | Dividend | K | T | Buy | 09/23/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. AF Cap. World (CWGIX) | A | Dividend | | | Sold | 09/23/19 | K | | |
| 36. Carillon Eagle Small Cap Growth Fd A (HRSCX) | | None | | | Sold | 09/23/19 | K | | |
| 37. Invesco Oppenheimer Global Opps (OPGIX) | | None | | | Sold | 09/23/19 | K | | |
| 38. Invesco Oppenheimer Sm Mid (QVSCX) | A | Dividend | | | Sold | 12/10/19 | J | | |
| 39. IRA #3 (H) | | | | | | | | | |
| 40. AF Growth fund of America (AGTHX) | D | Dividend | M | T | | | | | |
| 41. Carillon Eagle Mid Cap (HAGAX) (Formerly HMCAX) | B | Dividend | M | T | | | | | |
| 42. Columbia Large Cap Growth Fd III A (NFEAX) | B | Dividend | K | T | | | | | |
| 43. Davis NY Venture (NYVTX) | D | Dividend | M | T | | | | | |
| 44. Eaton Vance Atlantic Cap (EAASX) | D | Dividend | L | T | | | | | |
| 45. Eaton Vance Div Builder (EVTMX) | C | Dividend | L | T | | | | | |
| 46. Fidelity Mid Cap II Cl A (FIIAX) | A | Dividend | K | T | | | | | |
| 47. Fidelity Mid Cap (FMPAX) | B | Dividend | M | T | | | | | |
| 48. Fidelity New Insight (FNIAX) | E | Dividend | N | T | | | | | |
| 49. Invesco Equity & Income (ACEIX) | D | Dividend | M | T | | | | | |
| 50. Vanguard Balanced Index Admiral (VBIAX) | B | Dividend | N | T | Buy | 09/23/19 | N | | |
| 51. AF Cap. World (CWGIX) | A | Dividend | | | Sold | 09/24/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wanslee, Madeleine C.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  AF EuroPac (AEPGX) | A | Dividend | | | Sold | 09/24/19 | L | | |
| 53.  Carillon Eagle Small Cap Growth Fd A (HRSCX) | | None | | | Sold | 09/24/19 | K | | |
| 54.  Fidelity Advisor Small Cap (FSCDX) | | None | | | Sold | 09/24/19 | L | | |
| 55.  Invesco Oppenheimer Dev Markets (ODMAX) | | None | | | Sold | 09/24/19 | K | | |
| 56.  Invesco Oppenheimer Int Bond (OIBAX) | A | Dividend | | | Sold | 09/24/19 | J | | |
| 57.  IRA #4 (H) | | | | | | | | | |
| 58.  Vanguard Balanced Index Admiral (VBIAX) | A | Dividend | J | T | Buy | 09/23/19 | J | | |
| 59.  iShares Russell MidCap Value ETF (IWS) | A | Dividend | J | T | | | | | |
| 60.  iShares Russell 1000 Growth ETF (IWF) | A | Dividend | J | T | | | | | |
| 61.  Vanguard FTSE Developed Mkts ETF (VEA) | A | Dividend | | | Sold | 09/24/19 | J | | |
| 62.  AIG Sun America Variable Annuity (H) | | | | | | | | | |
| 63.  American Funds Global Growth Cl 3 (PGGAX) | | None | K | T | | | | | |
| 64.  American Funds Growth & Income Cl 3 (GAIOX) | | None | K | T | | | | | |
| 65.  JP Morgan Mid-Cap Growth Cl 3 (OSGIX) | | None | L | T | | | | | |
| 66.  MFS Blue Chip Growth Cl 3 (MFEGX) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wanslee, Madeleine C.** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Madeleine C. Wanslee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544